ADMIN RECOVERY, LLC
45 EARHART DR., SUITE 102
WILLIAMSVILLE NY 14221


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO TX 79998


BANK OF AMERICA
P.O. BOX 660806
DALLAS TX 75266


CAPITAL ONE
15000 CAPITAL ONE DR.
RICHMOND VA 23238


CBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE IL 60007


CHASE CARD SERVICES
P.O. BOX 15298
WILMINGTON DE 19850-5298


COMMUNICATION FEDERAL CREDIT UNION
4141 NW EXPRESSWAY, SUITE 200
OKLAHOMA CITY OK 73116


DILLARDS
P.O. BOX 14517
DES MOINES IA 50306


DISCOVER FINANCIAL SERVICES
P.O. BOX 15316
WILMINGTON DE 19850

```
FEDLOAN SERVICING
P.O. BOX 60610
HARRISBURG PA 17106


FIRSTSOURCE ADVANTAGE, LLC
205 BRYANT WOODS SOUTH
AMHERST NY 14228


H&R ACCOUNTS
5320 22ND AVE.
MOLINE IL 61265


INTEGRIS MEDICAL GROUP
P.O. BOX 12463
BELFAST ME 04915


JOHN FLYNT
805 SAMANTHA LANE
MOORE OK 73160


MERRICK BANK CORP.
P.O. BOX 9201
OLD BETHPAGE NY 11804


MULLINS MULLINS SEXTON & REAVES, PC
6307 WATERFORD BOULEVARD, SUITE 215
OKLAHOMA CITY OK 73118


NORDSTOM/TD BANK
13531 E. CALEY AVE.
ENGLEWOOD CO 80111


NORMAN REGIONAL
901 N. PORTER
NORMAN OK 73071
```

```
PROGRESSIVE MANAGEMENT
1521 W. CAMERON AVENUE, FLOOR 1
WEST COVINA CA 91790


STEPHEN BRUCE & ASSOCIATES
P.O. BOX 808
EDMOND OK 73083


US BANK
P.O. BOX 5227
CINCINNATI OH 45201


USAA SAVINGS BANK
P.O. BOX 47504
SAN ANTONIO TX 78265


WELLS FARGO FINANCIAL
P.O. BOX 94498
LAS VEGAS NV 89193
```